R. GIBSON PAGTER, JR., CA SBN 116450
MISTY PERRY ISAACSON, CA SBN 193204
**PAGTER AND MILLER**
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, California 92701
Telephone: (714) 541-6072
Facsimile:  (714) 541-6897
Email: gibson@pagterandmiller.com
Email: misty@pagterandmiller.com

Attorneys for American Contractors Indemnity Co.

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re: | Case No. 1:11-bk-13062-AJ |
| | Adversary No. 1:11-ap-01286-AJ |
| MICHAEL WAYNE SILVAS and JILL RAE SILVAS, | Chapter 11 |
| Debtors. | STIPULATION FOR JUDGMENT ON PLAINTIFF'S COMPLAINT TO DETERMINE DISCHARGEABILITY |
| AMERICAN CONTRACTORS INDEMNITY COMPANY, | [Judgment lodged concurrently] |
| Plaintiff, | |
| v. | |
| MICHAEL WAYNE SILVAS, | |
| Defendant. | |

Plaintiff, AMERICAN CONTRACTORS INDEMNITY COMPANY ("Plaintiff or ACIC"), hereby stipulates with Defendant, MICHAEL WAYNE SILVAS, as follows:

1. On 11/14/11 ACIC filed its COMPLAINT TO DETERMINE DISCHARGEABILITY herein, commencing the above adversary proceeding.

-1-

2. In the probate case in the Superior Court of California, County of Los Angeles, Case No. EP 005505 (hereinafter "Probate Court"), wherein MICHAEL WAYNE SILVAS was a Co-Administrator of the Estate of Eugene Silvas (the "E Silvas Probate Estate"), the Probate Court entered a Judgment on 6/24/11 in favor of ACIC and against MICHAEL WAYNE SILVAS in the amount of $538,317 ("ACIC Judgment").

3. The Probate Court also appointed MICHAEL WAYNE SILVAS as a co-Special Administrator of the E Silvas Probate Estate on or about 3/31/01, on condition that MICHAEL WAYNE SILVAS obtain a bond in the amount of $350,000. On 4/18/01, ACIC posted the Special Administrator's Bond (Bond No. 47487) in this amount. On 6/15/11, the Successor Administrator in the E Silvas Probate Estate, Alex Borden, filed a Motion for Entry of Bond Judgment jointly and severally against the Defendant in his capacity as a Special Administrator, and ACIC ("Bond Motion")(relating to Bond No. 47487 in the amount of $350,000). The hearing on Borden's Bond Motion proceeded on 8/26/11, where the Probate Court denied it as against both Michael Wayne Silvas and ACIC. That denial may not be a final, non-appealable order.

4. ACIC and MICHAEL WAYNE SILVAS here further agree that this Court shall enter an Order/Judgment in this proceeding:

A. Determining that the debt of Michael Wayne Silvas owed to ACIC as reflected in the ACIC Judgment in the amount of $538,317, plus 10% simple interest thereon as allowed by California law, and that the contingent debt Michael Wayne Silvas owes to ACIC for the payment, if any, ACIC in the future may make to the Silvas Probate Estate as it relates to the $350,000 Special Administrator's Bond No. 47487, are nondischargeable pursuant to 11 U.S.C. §523(a).

Pagter and Miller
525 N Cabrillo
Park Drive
Suite 104
Santa Ana, CA
92701
(714) 541-6072

B. Upon entry of a Judgment hereon, any status conference herein shall go off calendar.

Date: ~~11/ /11~~ 12/1/11

PAGTER AND MILLER
By: /s/ R Gibson Pagter Jr.
R GIBSON PAGTER, JR.
Attorneys for ACIC

Dated: ~~11/ /11~~ 12/1/11

By: _____
MICHAEL WAYNE SILVAS

Approved as to form:

LAW OFFICES OF MICHAEL C. FALLON
/s/ MICHAEL C. FALLON
Attorneys for Michael Wayne Silvas

Pagter and Miller
525 N Cabrillo
Park Drive
Suite 104
Santa Ana, CA
92701
(714) 541-6072

-3-

C:\Users\Jill Silvas\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.IE5\7D521E86\s-j-523-2nd.doc

| In re MICHAEL WAYNE SILVAS and JILL RAE SILVAS, | CHAPTER 11 |
| | CASE NUMBER 1:11-bk-13062-AJ |
| Debtor(s). | ADVERSARY NO. 1:11-ap-01286-AJ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **525 N. Cabrillo Park Drive, Suite 104, Santa Ana, CA 92701**

A true and correct copy of the foregoing document **STIPULATION FOR JUDGMENT ON PLAINTIFF'S COMPLAINT TO DETERMINE DISCHARGEABILITY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **12/8/11** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- **Michael C. Fallon:** mcfallon@fallonlaw.net, manders@fallonlaw.net
- **Office of the U.S. Trustee / SF:** USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Michael Wayne Silvas
23 Buhman Court
Napa, CA 94558

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/8/11 | IMELDA BYNOG | /s/ Imelda Bynog |
| Date | Type Name | Signature |

Pagter and Miller
525 N Cabrillo Park Drive
Suite 104
Santa Ana, CA 92701
(714) 541-6072